JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL PRINTEX, INC., <br><br> Plaintiff, <br><br> v. <br><br> MK EXPEDITED EXPORT-IMPORT, INC., et al., <br><br> Defendants. | Case No.: CV 15-5929-R-MRW <br> *Hon. Manuel L. Real Presiding* <br><br> **ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

1

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This action is hereby dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii);

2. This dismissal is subject to and predicated upon the settlement agreement that gave rise to this dismissal;

3. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action; and

4. The Court will retain jurisdiction to enforce the terms of the settlement agreement entered into in this matter.

SO ORDERED.

Dated: February 16, 2016       By: _____
                                     HONORABLE MANUEL L. REAL
                                     U.S. DISTRICT JUDGE